IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

J & J SPORTS PRODUCTIONS, INC.                                                    PLAINTIFF

v.                         Case No. 4:14-cv-4115

JESUS MONTES and
LA FOGATA OF HAYNESVILLE, LLC                                                 DEFENDANTS

## JUDGMENT

Before the Court is Plaintiff J & J Sports Productions, Inc.'s Motion for Default Judgment (ECF No. 26) and Motion for Attorney's Fees and Costs (ECF No. 38). After reviewing the record, motions, and briefs, the Court finds that Plaintiff's Motions should be granted. In accordance with the Court's previous orders (ECF Nos. 37, 39), the Court finds that judgment should be entered in favor of Plaintiff. Plaintiff shall recover from Defendants a default judgment in the amount of $8,000 (ECF No. 37) and attorney's fees and costs in the amount of $4,332.44 (ECF No. 39) for a total of $12,332.44.

IT IS SO ORDERED, this 12th day of April, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge